# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Gutman v. Yeshiva University          Docket No.: 15-2541-CV

Lead Counsel of Record (name/firm) or Pro se Party (name): Kevin T. Mulhearn/Kevin T. Mulhearn, P.C. 60 Dutch HIll Rd., Suite 15, Orangeburg, NY 10962 (845) 398-0361

Appearance for (party/designation): Plaintiffs, Mordechai Twersky, et al.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[X] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[X] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[X] Incorrect or Incomplete, and should be amended as follows:

Name: Kevin T. Mulhearn
Firm: Kevin T. Mulhearn, P.C.
Address: 60 Dutch Hill Rd., Suite 15, Orangeburg, NY 10962
Telephone: (845) 398-0361          Fax: (845) 398-3836
Email: kmulhearn@ktmlaw.net

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[X] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Twersky, et al. v. Yeshiva University Case No. 14-365 (2d Cir.)

## CERTIFICATION

I certify that [X] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s Kevin T. Mulhearn
Type or Print Name: Kevin T. Mulhearn
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.